ROBERT A. SACKS (State Bar No. 150146)
DIANE L. McGIMSEY (State Bar No. 234953)
EDWARD E. JOHNSON (State Bar No. 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

Attorneys for Plaintiffs

PAUL E.B. GLAD (State Bar No. 79045)
STEVEN H. FRANKEL (State Bar No. 171919)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEISEL PARTNERS GROUP, INC. and THOMAS WEISEL PARTNERS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AMLIN UNDERWRITING LIMITED, AS MANAGING AGENT OF LLOYDS' SYNDICATE NO. 2001, et al.,<br><br>Defendants. | No. C 06-03047 SC<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>ORDER |

    Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

-1-

Case No. C06-3047 SC      STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1.   This action was removed by Defendants from San Francisco County Superior Court to this Court on May 5, 2006.

2.   Defendants' responsive pleading to Plaintiffs' Complaint is currently due on May 12, 2006.

3.   Plaintiffs and Defendants stipulate and agree that the time within which Defendants may answer or otherwise respond to the Complaint is extended up to and including May 30, 2006.

4.   This Stipulation does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: May 9, 2006

SULLIVAN & CROMWELL LLP

By _____
Robert A. Sacks
Attorneys for PLAINTIFFS

Dated: May 7, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
Steven H. Frankel
Attorneys for DEFENDANTS

[27236784]

IT IS SO ORDERED
Judge Samuel Conti
5/12/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-