1    ROBERT A. SACKS (State Bar No. 150146)
     DIANE L. McGIMSEY (State Bar No. 234953)
2    EDWARD E. JOHNSON (State Bar No. 241065)
     SULLIVAN & CROMWELL LLP
3    1888 Century Park East
     Suite 2100
4    Los Angeles, CA  90067
     Telephone:  (310) 712-6640
5    Facsimile:  (310) 712-8800

6    Attorneys for Plaintiffs

7    PAUL E.B. GLAD (State Bar No. 79045)
     STEVEN H. FRANKEL (State Bar No. 171919)
8    KIMBERLY DE HOPE (State Bar No. 215217)
     SONNENSCHEIN NATH & ROSENTHAL LLP
9    685 Market Street, 6th Floor
     San Francisco, CA 94105
10   Telephone: (415) 882-5000
     Facsimile:  (415) 543-5472
11
     Attorneys for Defendants
12

13

14               IN THE UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16
     THOMAS WEISEL PARTNERS GROUP,          No. C 06-03047 SC
17   INC. and THOMAS WEISEL PARTNERS
     LLC,
18                                          STIPULATION EXTENDING TIME TO
              Plaintiffs,                   RESPOND TO COMPLAINT
19
         vs.
20                                          ORDER
     AMLIN UNDERWRITING LIMITED, AS
21   MANAGING AGENT OF LLOYDS
     SYNDICATE NO. 2001, et al.,
22
              Defendants.
23

24

25

26         Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendants, through their respective counsel,

27   stipulate and agree as follows:

28
                                         -1-
     Case No. C06-3047 SC                          STIPULATION EXTENDING TIME
                                                   TO RESPOND TO COMPLAINT

1.   This action was removed by Defendants from San Francisco County Superior Court to this Court on May 5, 2006.

2.   Defendants' responsive pleading to Plaintiffs' Complaint is currently due on May 12, 2006.

3.   Plaintiffs and Defendants stipulate and agree that the time within which Defendants may answer or otherwise respond to the Complaint is extended up to and including May 30, 2006.

4.   This Stipulation does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: May 9, 2006                    SULLIVAN & CROMWELL LLP

                                      By _____
                                            Robert A. Sacks
                                      Attorneys for PLAINTIFFS

Dated: May 9, 2006                    SONNENSCHEIN NATH & ROSENTHAL LLP

                                      By _____
                                            Steven H. Frankel
                                      Attorneys for DEFENDANTS

[27236784]

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Samuel Conti

5/12/06

NORTHERN DISTRICT OF CALIFORNIA

Case No. C06-3047 SC                                      -2-

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT