1  Robert A. Sacks (SBN 150146)
   Diane L. McGimsey (SBN 234953)
2  Edward E. Johnson (SBN 241065)
   SULLIVAN & CROMWELL LLP
3  1888 Century Park East, Suite 2100
   Los Angeles, California 90067-1725
4  Telephone: (310) 712-6640
   Facsimile: (310) 712-8800
5
   Attorneys for Plaintiffs
6  Thomas Weisel Partners Group, Inc.
   and Thomas Weisel Partners LLC
7
   Paul E.B. Glad (SBN 79045)
8  Steven H. Frankel (SBN 171919)
   Kimberly De Hope (SBN 215217)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   658 Market Street, 6th Floor
10 San Francisco, CA 94105
   Telephone: (415) 882-5000
11 Fascimile: (415) 543-5472

12 Attorneys for Defendants

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17
   THOMAS WEISEL PARTNERS GROUP, INC. and    )   Case No. 06-3047 SC
18 THOMAS WEISEL PARTNERS LLC,               )
                                             )
19                Plaintiffs,                )
                                             )
20        v.                                 )
                                             )
21                                           )
   AMLIN UNDERWRITING AGENCY, AS             )   **STIPULATION OF STAY**
22 MANAGING AGENT OF LLOYDS SYNDICATE        )   **AND [PROPOSED]**
   NO. 20010, et al.,                        )   **ORDER**
23                                           )
                  Defendants.                )
24 _____    )

25

26

27

28

1    Pursuant to Civil L.R. 6-1(a), Plaintiffs and Defendants, through their respective
2 counsel, stipulate and agree as follows:
3    WHEREAS, on April 6, 2006, Plaintiffs Thomas Weisel Partners Group, Inc. and
4 Thomas Weisel Partners LLC filed and served on Defendants Amlin Underwriting Agency, et
5 al. a Complaint for Damages and Declaratory Relief (the "Complaint"), filed in the Superior
6 Court of the State of California, County of San Francisco; and
7    WHEREAS, on May 5, 2006, Defendants removed the action to the United States
8 District Court for the Northern District of California; and
9    WHEREAS, on May 9, 2006, the parties to this action stipulated and agreed that
10 the time within which Defendants may answer or otherwise respond to the Complaint is
11 extended up to and including May 30, 2006; and
12    WHEREAS, the parties desire to engage in settlement discussions before
13 incurring further expense in connection with this matter;
14    WHEREAS, to facilitate settlement discussions, the parties therefore desire to
15 stay these proceedings for a limited period;
16    IT IS HEREBY STIPULATED AND AGREED by and among all parties that,
17 the action be, and hereby is, stayed until July 14, 2006, the date by which the parties are
18 obligated to meet and confer pending the August 4, 2006 Case Management Conference;
19 provided, however, that in the event the matter is not settled before that time, the parties will
20 meet and confer by July 14, 2006 as required by this Court's rules and file the requisite Case
21 Management Statement on or before July 28, 2006.
22    IT IS FURTHER HEREBY STIPULATED AND AGREED by and among all
23 parties that the time within which Defendants may answer or otherwise respond to the
24 Complaint is extended up to and including July 21, 2006.
25
26
27
28

| | |
|---|---|
| 1   Dated: May 16, 2006 | Respectfully Submitted, |

*Robert Sacks /dhn*
Robert A. Sacks (SBN 150146)
ATTORNEYS FOR PLAINTIFFS
THOMAS WEISEL PARTNERS GROUP, INC. and THOMAS WEISEL PARTNERS LLC

*[signature]*
Steven H. Frankel (SBN 171919)
ATTORNEYS FOR DEFENDANTS

SO ORDERED THIS __8__ day of ~~May,~~ June 2006

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Samuel [Conti]
United [States District Judge]