Robert A. Sacks (SBN 150146)
Diane L. McGimsey (SBN 234953)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimile:  (310) 712-8800

Attorneys for Plaintiffs
Thomas Weisel Partners Group, Inc.
and Thomas Weisel Partners LLC

Paul E.B. Glad (SBN 79045)
Steven H. Frankel (SBN 171919)
Kimberly De Hope (SBN 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
658 Market Street, 6th Floor
San Francisco, CA  94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEISEL PARTNERS GROUP, INC. and THOMAS WEISEL PARTNERS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMLIN UNDERWRITING AGENCY, AS MANAGING AGENT OF LLOYDS SYNDICATE NO. 20010, et al.,<br><br>Defendants. | Case No.  06-3047 SC<br><br><br><br><br><br>STIPULATION EXTENDING STAY AND [PROPOSED] ORDER |

Pursuant to Civil L.R. 6-1, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

WHEREAS, on April 6, 2006, Plaintiffs Thomas Weisel Partners Group, Inc. and Thomas Weisel Partners LLC filed and served on Defendants Amlin Underwriting Agency, et al., a Complaint for Damages and Declaratory Relief (the "Complaint"), filed in the Superior Court of the State of California, County of San Francisco; and

WHEREAS, on May 5, 2006, Defendants removed the action to the United States District Court for the Northern District of California; and

WHEREAS, on May 9, 2006, the parties to this action stipulated and agreed that the time within which Defendants may answer or otherwise respond to the Complaint is extended up to and including May 30, 2006; and

WHEREAS, the parties believe it desirable to pursue settlement discussions with the hope of resolving this matter without incurring the substantial costs and expenses necessary to litigate it; and

WHEREAS, to facilitate settlement discussions the parties previously entered into a stipulation, which was entered by the Court on June 8, 2006, staying this action until July 14, 2006;

WHEREAS, the parties have exchanged certain information to facilitate those settlement discussions;

WHEREAS, the parties have agreed to exchange additional information in furtherance of those settlement discussions but, due to the number of parties, the complexities involved and time necessary to prepare and gather that additional information, the parties need additional time to exchange, evaluate and confer over such information;

WHEREAS, the parties therefore desire to extend the stay of these proceedings for a limited period so that the parties can meet and continue to explore settlement without incurring further substantial litigation costs and expenses; and

1 | WHEREAS, the parties agree that they will not argue that the stay impacts this
2 | action in the event a settlement is not reached.
3 | IT IS HEREBY STIPULATED AND AGREED by and among all parties that,
4 | the action be, and hereby is, stayed until October 13, 2006.
5 |
6 | IT IS FURTHER HEREBY STIPULATED AND AGREED that the time within
7 | which Defendants may answer or otherwise respond to the Complaint is extended up to, and
8 | including, October 13, 2006.
9 | IT IS FURTHER HEREBY STIPULATED AND AGREED that the August 4,
10 | 2006 Case Management Conference be taken off calendar, and be rescheduled to a date
11 | convenient for the Court's calendar after November 1, 2006.
12 | IT IS SO STIPULATED.

Dated: July 13, 2006                             Respectfully Submitted,

*[signature]*
Robert A. Sacks (SBN 150146)
ATTORNEYS FOR PLAINTIFFS
THOMAS WEISEL PARTNERS GROUP,
INC. and THOMAS WEISEL PARTNERS
LLC

Dated: July 12, 2006

*[signature]*
Steven H. Frankel (SBN 171919)
ATTORNEYS FOR DEFENDANTS

[27242558]

<u>ORDER</u>

For good cause shown, the Stipulation is granted. The August 4, 2006 Case Management Conference is taken-off calendar and rescheduled to November 17, 2006 at 10:00 am. The parties are to meet and confer and file a Joint Case Management Conference Statement with the Court no later than Ten (10) days prior to the Case Management Conference.

IT IS SO ORDERED.

Dated: July 25, 2006

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA