ROBERT A. SACKS (SBN 150146)
DIANE L. MCGIMSEY (SBN 234953)
EDWARD E. JOHNSON (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

Attorneys for Plaintiffs
THOMAS WEISEL PARTNERS GROUP, INC.
AND THOMAS WEISEL PARTNERS LLC

PAUL E.B. GLAD (State Bar No. 79045)
STEVEN H. FRANKEL (State Bar No. 171919)
KIMBERLY DE HOPE (State Bar No. 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEISEL PARTNERS GROUP, INC. and THOMAS WEISEL PARTNERS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AMLIN UNDERWRITING LIMITED, AS MANAGING AGENT OF LLOYDS SYNDICATE NO. 2001; ET. AL;<br><br>Defendants. | No. 06-03047 SC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1, Plaintiffs and Defendants, through their respective counsel, stipulate and agree as follows:

WHEREAS, on April 6, 2006, Plaintiffs Thomas Weisel Partners Group, Inc. and Thomas Weisel Partners LLC filed and served on Defendants Amlin Underwriting Agency, et al., a Complaint for Damages and Declaratory Relief (the "Complaint"), filed in the Superior Court of the State of California, County of San Francisco; and

WHEREAS, on May 5, 2006, Defendants removed the action to the United States District Court for the Northern District of California; and

WHEREAS, on May 9, 2006, the parties to this action stipulated and agreed that the time within which Defendants may answer or otherwise respond to the Complaint is extended up to and including May 30, 2006;

WHEREAS, to facilitate settlement discussions the parties previously entered into a stipulation, which was entered by the Court on June 8, 2006, staying this action until July 14, 2006, and a subsequent stay was entered by the Court on July 26, 2006, staying this action until October 13, 2006.

WHEREAS, the parties have been diligently pursuing settlement negotiations, including a meeting between the parties on September 6, 2006, and a mediation before Judge William Cahill (Ret.) at JAMS on September 26, 2006;

WHEREAS, due to the complexities and number of parties involved, the parties need a limited period of additional time to evaluate and confer over possible settlement without incurring further substantial litigation costs and expenses, and therefore desire to extend the time in which Defendants may answer or otherwise respond to the Complaint; and

WHEREAS, a Case Management Conference is currently scheduled for November 17, 2006, which date will not be affected by the stipulated extension of time in which to respond to the Complaint.

1  IT IS HEREBY STIPULATED AND AGREED that the time within which Defendants
2  may answer or otherwise respond to the Complaint is extended up to, and including, October 27,
3  2006.

4

5  IT IS SO STIPULATED.

6

7  Dated: September 27, 2006              Respectfully Submitted,

8
9
10
11                                                    _____
                                                      Robert A. Sacks (SBN 150146)
12                                                    ATTORNEYS FOR PLAINTIFFS
                                                      THOMAS WEISEL PARTNERS GROUP,
13                                                    INC. and THOMAS WEISEL PARTNERS
                                                      LLC
14
15  Dated: September 26, 2006
16                                                    _____
                                                      Steven H. Frankel (SBN 171919)
17                                                    ATTORNEYS FOR DEFENDANTS
18
19
    [27242479]
20
21
22
23
24
25
26
27
28

Case No. 06-03047 SC                      -3-              STIPULATION EXTENDING TIME TO
                                                           TO RESPOND TO COMPLAINT
                                                           AND [PROPOSED] ORDER

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

## ORDER

For good cause shown, the Stipulation is granted. Defendants shall answer or otherwise respond to the Complaint on or before October 27, 2006.

IT IS SO ORDERED.

Dated: September 28, 2006



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 06-03047 SC -4- STIPULATION EXTENDING TIME TO TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER