ROBERT A. SACKS (SBN 150146)
DIANE L. MCGIMSEY (SBN 234953)
EDWARD E. JOHNSON (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

Attorneys for Plaintiffs


PAUL E.B. GLAD (SBN 79045)
STEVEN H. FRANKEL (SBN 171919)
KIMBERLY DE HOPE (SBN 215217)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WEISEL PARTNERS GROUP, INC. and THOMAS WEISEL PARTNERS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AMLIN UNDERWRITING LIMITED, AS MANAGING AGENT OF LLOYDS SYNDICATE NO. 2001, *et al.*,<br><br>Defendants. | No. C 06 3047 SC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that this action be DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: October 20, 2006                SULLIVAN & CROMWELL LLP


By _____
          ROBERT A. SACKS

Attorneys for Plaintiffs


Dated: October 20, 2006                SONNENSCHEIN NATH & ROSENTHAL LLP


By _____
          STEVEN H. FRANKEL

Attorneys for Defendants

### ORDER

Pursuant to the Stipulation of Dismissal With Prejudice, this action is hereby DISMISSED WITH PREJUDICE in its entirety, and each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: October 23, 2006



_____
Judge Samuel Conti

27250130\V-1